Robert S. EATON, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 113.

Circuit Court of Appeals, Second Circuit.
Jan. 9, 1939.

Frank J. Maguire, of Buffalo, N. Y., for petitioner.

James W. Morris, Asst. Atty. Gen., and Sewall Key and Norman D. Keller, Sp. Assts. to Atty. Gen., and Harold Leventhal, of Washington, D. C., for respondent.

1014

Before MANTON, L. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decision affirmed.